## THE MARY WITTICH.

### THE C. W. MILLS.

(Circuit Court of Appeals, Fifth Circuit. March 12, 1917.)

No. 2905.

Appeal from the United States District Court for the Southern District of Alabama; Harry T. Toulmin, Judge.

Suit in admiralty by the United States against the schooner C. W. Mills, the tug Mary Wittich, Mobile Towing & Wrecking Company, claimant, and Thomas L. Cook, pilot. Decree for libelant against the tug Wittich (241 Fed. 204), and her claimant appeals. Affirmed.

Palmer Pillans, of Mobile, Ala., for appellant.

Alex D. Pitts, U. S. Atty., H. T. Pegues, Asst. U. S. Atty., T. M. Stevens, and Gregory L. Smith, all of Mobile, Ala., for appellees.

Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. On the evidence in this case we find that the primary fault of the collision in controversy was that of the tug Mary Wittich, and we concur with the lower court in its ruling and disposition of the case.

The decree appealed from is affirmed.